# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

AUG 25 2026 PM3:34
FILED-USDC-CT-NEW_HAVEN

## COMPLAINT FORM

John Doe (Proceeding Under Pseudonym and Under Seal)

Full name(s) of Plaintiff(s)
(Do not use ***et al.***)

v.

Case No. ______________________
(To be supplied by the Court)

U.S. Department of Justice;
Federal Bureau of Investigation

Full names of Defendant(s)
(Do not use ***et al.***)

## A. PARTIES

1. John Doe (Proceeding Under Pseudonym and Under Seal) (Plaintiff) is a citizen of N/A (State) who presently resides at N/A (mailing address).

2. Defendant U.S. Department of Justice (name of first defendant) is a citizen of N/A - Federal Agency (State) whose address is 950 Pennsylvania Avenue, NW, Washington, DC 20530.

3. Defendant Federal Bureau of Investigation is a citizen of N/A - Federal Agency
(name of second defendant) (State)

whose address is 935 Pennsylvania Avenue, NW, Washington, DC 20535.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

28 U.S.C. Sec. 1331 (Federal Question) and 28 U.S.C. Sec. 1361 (Action to compel an officer of the United States to perform a duty / Mandamus).

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

This is a civil action against the U.S. Department of Justice and the Federal Bureau of Investigation arising from administrative delays regarding federal informant and reward programs. Plaintiff seeks an accounting and the release of long-overdue earned rewards that have remained unprocessed across past presidential administration transitions. Furthermore, because Plaintiff requires extensive assistance from the Defendants regarding future and ongoing investigations into civil liberties violations, judicial oversight of this matter is necessary to resolve an inherent conflict of interest and ensure independent distribution of the funds.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I**: ______________________

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

1 Between 2001 and 2025, Plaintiff provided many, high-value, and confidential tips to the FBI and DOJ. Upon information and belief, many of these tips led to successful outcomes for the United States government.

2 Despite the passage of many years and multiple presidential administration transitions, the earned rewards have remained unpaid and un-processed, creating a significant and unjustified grievance.

3 Furthermore, a unique conflict of interest has arisen: Plaintiff is currently, or will be, a victim-witness in ongoing or future federal investigations regarding systemic violations of Plaintiff's constitutional civil liberties.

4 Direct administrative payment from the Defendants to the Plaintiff, outside of judicial oversight, creates a potential conflict of interest regarding these separate investigations.

5 Plaintiff seeks judicial intervention to ensure the independent verification and distribution of these earned funds to mitigate any appearance of impropriety and to resolve the administrative delay.

**Claim II**: ______________________

Supporting Facts:

## E. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: (state the relief you seek)

WHEREFORE, Plaintiff John Doe respectfully requests that this Court enter judgement in his favor and against the Defendants, and grant the following relief:

1 Mandamus/Injunctive Relief: An Order compelling the Defendants to perform an exhaustive accounting of all rewards, bounties, and payments earned by the Plaintiff through federal reward programs;

2 Monetary Award: An Order directing the Defendants to pay the Plaintiff the sum of Five Million Dollars, representing the minimum verified amount of earned rewards long-overdue to the Plaintiff;

3 Judicial Oversight: An Order directing that said funds be distributed under the supervision of the Court to ensure the integrity of separate and ongoing federal investigations and to mitigate any potential conflicts of interest; and

4 Additional Relief: Any other such relief the Court deems just and proper under the circumstances.

## F. JURY DEMAND

Do you wish to have a jury trial? Yes No (circled)

| | |
|---|---|
| ______________________________ | John Doe |
| Original signature of attorney (if any) | **Plaintiff's Original Signature** |
| ______________________________ | John Doe, Pro Se |
| Printed Name | Printed Name |
| | **PROTECTED / SUBJECT TO MOTION TO PROCEED ANONYMOUSLY AND UNDER SEAL** |
| ( ) | ( ) |
| Attorney's full address and telephone | Plaintiff's full address and telephone |
| Email address if available | Email address if available |

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at District of Connecticut on August, 2026.
(location) (date)

John Doe
**Plaintiff's Original Signature**

**PROTECTED / SUBJECT TO MOTION TO PROCEED ANONYMOUSLY AND UNDER SEAL**

(Rev.3/29/16)