UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AUG 25 2026 PM3:33
FILED-USDC-CT-NEW_HAVEN

JOHN DOE,
Plaintiff,

v. Case No. 3:26-cv-_____

U.S. DEPARTMENT OF JUSTICE;
FEDERAL BUREAU OF INVESTIGATION,
Defendants,

MOTION TO PROCEED ANONYMOUSLY AND TO FILE UNDER SEAL

Pursuant to the Court's inherent equitable powers and the privacy interests involved, Plaintiff John Doe respectfully moves to proceed in this action under a pseudonym and to file his unredacted identifying information under seal.

In support of this Motion, Plaintiff states:

1. The nature of this complaint involves matters of a highly sensitive and personal nature.

2. Anonymity is necessary to protect the Plaintiff's privacy and to prevent potential prejudice.

3. Upon information and belief, the Defendants do not oppose this request for anonymity.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and allow this case to proceed under the "John Doe" pseudonym and to file under seal.

Respectfully submitted,

John Doe, Pro Se
Dated: August, 2026